# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WAVESEER OF NEVADA, LLC d/b/a JENNY'S DISPENSARY,<br><br>Plaintiff<br><br>v.<br><br>UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 711,<br><br>Defendant | Case No.: 2:19-cv-02188-APG-VCF<br><br>**Order Granting Stipulation to Extend Time**<br><br>[ECF No. 5] |

The parties' stipulation to extend the defendant's time to answer, move, or otherwise respond to the Petition to Vacate **(ECF No. 5) is granted**. The deadline is extended to January 20, 2020.

DATED this 6th day of January, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE