DEANNA L. FORBUSH
Nevada Bar No. 6646
E-mail: dforbush@foxrothschild.com
COLLEEN E. MCCARTY
Nevada Bar No. 13186
E-mail: cmccarty@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax

*Attorneys for Plaintiff Waveseer of Nevada, LLC
d/b/a Jenny's Dispensary*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAVESEER OF NEVADA, LLC d/b/a JENNY'S DISPENSARY,<br><br>Plaintiff,<br>v.<br><br>UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 711,<br><br>Defendant. | Case No. 2:19-cv-02188-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S COUNTERCLAIM AND MOTION FOR PETITION (FIRST REQUEST)** |

Plaintiff, Waveseer of Nevada, LLC[1] d/b/a Jenny's Dispensary ("Plaintiff" or "Jenny's") and Defendant, United Food and Commercial Workers, Local 711 ("Defendant"), by and through their respective counsel, stipulate and agree to extend the deadlines for Plaintiff to respond to Defendant's Answer to Plaintiff's Petition to Vacate Arbitration Award and Counterclaim and Petition (Dkt 10) to February 21, 2020, and to respond to Defendant's Notice of Motion for Petition to Confirm Arbitration Award (Dkt 11) to February 14, 2020.

---

[1] The Company is Waveseer of Nevada, LLC, E0610062013-3. However, the Parties' Collective Bargaining Agreement erroneously identifies the Employer as "Waveseer, Inc./Jenny's Dispensary" [sic].

1

1  This is the first stipulation for extension of time to respond to the above-referenced pleadings on
2  file herein.
3  DATED this 30th day of January, 2020.   DATED this 30th day of January, 2020.

**FOX ROTHSCHILD LLP**   **McMCRACKEN, STEMERMAN & HOLSBERRY, LLP**

*/s/ Deanna L. Forbush*   */s/ Kimberley C. Weber*
DEANNA L. FORBUSH (6646)   Kimberley C. Weber
COLLEEN E. MCCARTY (13186)   595 Market Street, Suite 800
1980 Festival Plaza Drive, #700   San Francisco, CA 94105
Las Vegas, Nevada 89135   *Attorneys for Defendant*
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: __01/30/2020___

2