DEANNA L. FORBUSH
Nevada Bar No. 6646
E-mail: dforbush@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax

JAMES A. MATTHEWS (*Pro Hac Vice Pending*)
E-mail: jmatthews@foxrothschild.com
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
(215) 299-2000 tel
(215) 299-2150 fax

*Attorneys for Plaintiff Waveseer of Nevada, LLC
d/b/a Jenny's Dispensary*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAVESEER OF NEVADA, LLC d/b/a JENNY'S DISPENSARY,<br><br>Plaintiff,<br>v.<br><br>UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 711,<br><br>Defendant. | Case No.  2:19-cv-02188-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES (FIRST REQUEST)** |
| UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 711,<br><br>Counterclaimant,<br><br>WAVESEER OF NEVADA, LLC d/b/a JENNY'S DISPENSARY,<br><br>Counterdefendant. | |

1

Plaintiff/Counterdefendant Waveseer of Nevada, LLC d/b/a Jenny's Dispensary ("Plaintiff/Counterdefendant") and Defendant United Food and Commercial Workers, Local 711 ("Defendant/Counterclaimant"), by and through their respective counsel, stipulate and agree to extend the deadline for Plaintiff/Counterdefendant to respond to Defendant/Counterclaimant's Motion for Attorney's Fees to May 7, 2020.  This is the first stipulation for extension of time to respond to Defendant/Counterclaimant's Motion on file herein.

**IT IS SO STIPULATED.**

Dated:  April 20, 2020          Respectfully submitted,

                                         **FOX ROTHSCHILD LLP**

By:  */s/ Deanna L. Forbush*
     *Deanna L. Forbush*
     *Attorneys for Plaintiff*

Dated:  April 20, 2020          **MCCRACKEN, STEMERMAN & HOLSBERRY, LLP**

By:  */s/ Kimberley C. Weber*
     *Kimberley C. Weber*
     *Attorneys for Defendant*

___

IT IS SO ORDERED:

Dated: April 20, 2020.          UNITED STATES DISTRICT JUDGE


*By:* _____

2